B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **11700 San Jose Boulevard, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **59-3280724** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **11700 San Jose Boulevard** **Jacksonville, FL**   ZIP Code **32223** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business: **Duval** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. Box 56994** **Jacksonville, FL**   ZIP Code **32241** | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **11700 San Jose Boulevard, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Mardi Investments #2, LLC** | Case Number: **10-05524-PMG** | Date Filed: **6/25/10** |
| District: **Middle District** | Relationship: **Affiliate** | Judge: **Glenn** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **11700 San Jose Boulevard, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Kevin B. Paysinger**
Signature of Attorney for Debtor(s)

**Kevin B. Paysinger 0056742**
Printed Name of Attorney for Debtor(s)

**Bankruptcy Law Firm**
Firm Name

**of Lansing J. Roy, P.A.**
**PO Box 10399**
**Jacksonville, FL 32247-0399**
Address

**information@jacksonvillebankruptcy.com**
**904-391-0030  Fax: 904-391-0031**
Telephone Number

**July 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Melissa Buchanan**
Signature of Authorized Individual

**Melissa Buchanan**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**July 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re  **11700 San Jose Boulevard, LLC**  Case No.

Debtor(s)  Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 27, 2010**  **/s/ Melissa Buchanan**
**Melissa Buchanan**/**Managing Member**
Signer/Title

11700 SAN JOSE BOULEVARD, LLC
P.O. BOX 56994
JACKSONVILLE FL 32241

HOLLYWOOD DREWS, INC.
D/B/A PLANET BEACH
14788 FERN HAMMOCK DRIVE
JACKSONVILLE FL 32258

NEWMAN'S GROUND CARE, INC.
11637 COLUMBIA PARK DR E
JACKSONVILLE FL 32258

KEVIN B. PAYSINGER
BANKRUPTCY LAW FIRM
OF LANSING J. ROY, P.A.
PO BOX 10399
JACKSONVILLE, FL 32247-0399

JASMINE HUBJER
2364 BLOOR STREET WEST
TORONTO, ONTARIO M6S 1P3

OLLIE KOALA'S BACKYARD II, LL
P.O. BOX 398
PONTE VEDRA BEACH FL 32004

ALYSE HIPES
681 PINE HILL BOULEVARD
GENEVA FL 32732

JEFFREY BUCHANAN
12808 FERNBANK LANE
JACKSONVILLE FL 32223

PAVEMENT AMERICA
4220 HOOD ROAD
JACKSONVILLE FL 32257

ALYSE HIPES
681 PINE HILL BOULEVARD
GENEVA FL 32732

JEFFREY BUCHANAN
12808 FERNBANK LANE
JACKSONVILLE FL 32223

PUSHPA & BAKULESH SHAH
D/B/A JONFOR PROFESSIONAL
DRY CLEANERS
3600 LAKEBAY SHORE DR, #313
BRADENTON FL 34205

ASSET MAINTENANCE &
PROPERTY SERVICES, INC.
D/B/A PAVEMENT AMERICA
P.O. BOX 56994
JACKSONVILLE FL 32241

JOHN BOVILLE
1101 HORSESHOE VALLEY ROAD
BARRIE, ONTARIO L4M 4Y8

SCHOOL AIDS OF FLORIDA, LLC
9935 INTERLINE AVENUE
BATON ROUGE LA 70809

AUTOZONE STORES, INC.
ATTN: MELANIE OVERMAN
P.O. BOX 2198, 3RD FLOOR
MEMPHIS TN 38101-2198

KEVIN HIPES
681 PINE HILL BOULEVARD
GENEVA FL 32732

SIJIFREDO VALENCIA
JOSE A. VALENCIA
CARLOS VALENCIA
1930 KINGSLEY AVENUE
ORANGE PARK FL 32073

FLORIDA DEPARTMENT OF REVENUE
JACKSONVILLE SERVICE CENTER
921 N DAVID STREET
STE 250A
JACKSONVILLE FL 32209-6825

KEVIN HIPES
681 PINE HILL BOULEVARD
GENEVA FL 32732

SLYMAN RESTAURANTS, INC.
11939 BRADY ROAD
JACKSONVILLE FL 32223

GARTNER, BROCK & SIMON
ATTN: FREDERICK R. BROCK, ESQ.
PO BOX 10697
JACKSONVILLE FL 32247

LEAH MONTELLO
D/B/A POOCHIE SPA
9332 GENNA TRACE RAIL
JACKSONVILLE FL 32257

TANNER BISHOP
ONE INDEPENDENT DRIVE
SUITE 1700
JACKSONVILLE FL 32202

GARTNER, BROCK & SIMON
ATTN: FREDERICK R. BROCK, ESQ.
PO BOX 10697
JACKSONVILLE FL 32247

MELISSA BUCHANAN
12808 FERNBANK LANE
JACKSONVILLE FL 32223

THE PARK AVENUE BANK
ATTN: MR. J. CLAY GIBSON
SENIOR VICE PRESIDENT
5532 SUNSET LANDING CIRCLE
SAINT AUGUSTINE FL 32080

GUITARS UNITED
2905 ISSER COURT
JACKSONVILLE FL 32257

MELISSA BUCHANAN
12808 FERNBANK LANE
JACKSONVILLE FL 32223

THE PARK AVENUE BANK
ATTN: MR. J. CLAY GIBSON
SENIOR VICE PRESIDENT
5532 SUNSET LANDING CIRCLE
SAINT AUGUSTINE FL 32080

VERDE SALON & SPA, LLC
11700 SAN JOSE BLVD.
JACKSONVILLE FL 32223


WALKER TROPHIES & MORE, LLC
D/B/A CROWN TROPHY
C/O PHILLIP & DORIS WALKER
353 LOLLY LANE
SAINT JOHNS FL 32259

WILMOTH & ASSOCIATES
KIM WILMOTH, CPA
2317 BLANDING BOULEVARD
JACKSONVILLE FL 32210